June 30, 1976

No. 75–6285. HANDFIELD *v.* NEW HAMPSHIRE. Appeal from Sup. Ct. N. H. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1488. HAMPTON ET AL., COMMISSIONERS, U. S. CIVIL SERVICE COMMISSION *v.* MYERS. Appeal from D. C. S. D. Ohio. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment vacated, and case remanded for further consideration in light of *Mathews* v. *Lucas, ante,* p. 495. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, MR. JUSTICE BLACKMUN, and MR. JUSTICE STEVENS would affirm the judgment.

No. 75–404. INDIANA *v.* USERY, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *National League of Cities* v. *Usery,* 426 U. S. 833.

No. 75–532. NEW JERSEY ET AL. *v.* USERY, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *National League of Cities* v. *Usery,* 426 U. S. 833.